DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

28 JANUARY 2016

| | | | |
|---|---|---|---|
| 430P15 | State v. Omar Jackson | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied **01/05/2016** |
| 434P15 | Curtis Kantawiti White, Jr. v. North Carolina, Carl F. Fox, Chief Judge | Petitioner's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **12/29/2015** |
| 435A96-5 | State v. Walic Christopher Thomas (DEATH) | 1. Def's Motion to Stay PWC | 1. |
| | | 2. Def's PWC to Review the Decision of the Superior Court of Guilford County | 2. |
| | | 3. Def's *Pro Se* Motion to Withdraw All Appeals | 3. Dismissed **12/15/2010** |
| | | 4. State's Motion for Leave to Substitute Counsel of Record | 4. Allowed **06/12/2013** |
| | | 5. Def's *Pro Se* Motion for Ineffective Assistance of Post Conviction Counsel | 5. Dismissed **12/18/2014** |
| | | 6. Kathyrn Vandenberg and Marvin Sparrow's Motion to Withdraw | 6. Allowed **11/05/2015** |
| | | 7. Def's Motion to Authorize IDS to Appoint Substitute Counsel | 7. Allowed **11/05/2015** |
| 435P15 | State v. Sulyaman Alisla Wasalaam | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **12/29/2015** |
| 436P15 | State v. Tony Eugene Howell | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Alexander County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| 437P15 | Herman V. Tate v. North Carolina Department of Public Safety | 1. Plt's *Pro Se* Motion to Safeguard Constitutional Rights (COA14-1274) | 1. Dismissed |
| | | 2. Plt's *Pro Se* Motion for PDR | 2. Dismissed |
| 439P15 | State v. James Emmanuel Nettles | Def's *Pro Se* Motion for PDR (COA11-638) | Denied **Ervin, J., recused** |